UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ,Rousselot B.V.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>St. Paul Brands, Inc., Advanced Pharmaceutical Services, Inc., A Q Pharmaceuticals, Inc., Con ty co phan duoc pham Eco doing business as "ECO PHARMA JOINT STOCK COMPANY (VIETNAM), Dennis Nguyen-duy Ngo, Jimmy Ngo, Mailan Nguyen, Trang D. Nguyen a/k/a Tracy Nguyen,<br><br>　　　　Defendants. | Case No. 8:19-cv-00458 (DOC)(ADS)<br><br>Hon. David O. Carter<br><br>**[PROPOSED] ORDER DENYING DEFENDANT ST. PAUL BRANDS, INC.'S MOTION FOR ATTORNEY'S FEES AND COSTS AND TO STAY THE ACTION**<br><br>Date:　June 3, 2019<br>Time:　8:30 a.m.<br>Courtroom:　9D |

　　　　WHEREAS, Defendant St. Paul Brands, Inc.'s Motion for Attorney's Fees and Costs and to Stay the Action came before this Court's regular motion calendar, and the Court has considered the papers filed by the parties:

　　　　IT IS HEREBY ORDERED THAT:

Defendant St. Paul Brands, Inc.'s Motion for Attorney's Fees and Costs and to Stay the Action is DENIED.

Date: _____     _____
                                David O. Carter
                                United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with this document via the Court's CM/ECF system on April 18, 2019.

/Ned W. Branthover/