Matthew A. Newboles (SBN 167,196)
Gregory K. Clarkson (SBN 298,712)
**STETINA BRUNDA GARRED & BRUCKER**
75 Enterprise, Suite 250
Aliso Viejo, California 92656
*mnewboles@stetinalaw.com*
*gclarkson@stetinalaw.com*
Tel: (949) 855-1246

Attorneys for Defendants
St. Paul Brands, Inc., Advanced Pharmaceutical Services, Inc., A Q Pharmaceuticals, Inc., Dennis Nguyen-Duy Ngo, Jimmy Ngo, Mailan Nguyen, Trang D. Nguyen a/k/a Tracy Nguyen

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| Rousselot B.V., | Case No. 8:19-cv-00458-DOC-ADS |
| Plaintiff, | Hon. David O. Carter |
| v. | **SUPPLEMENTAL DECLARATION OF JIMMY NGO IN SUPPORT OF MOTION TO DISMISS** |
| St. Paul Brands, Inc., Advanced Pharmaceutical Services, Inc., A Q Pharmaceuticals, Inc., Cong ty co phan duoc pham Eco doing business as "ECO PHARMA JOINT STOCK COMPANY (VIETNAM), Dennis Nguyen-duy Ngo, Jimmy Ngo, Mailan Nguyen, Trang D. Nguyen a/k/a Tracy Nguyen, | Date: July 15, 2019<br>Time: 8:30 a.m.<br>Courtroom: 9D |
| Defendants. | |

I, Jimmy Ngo, declare as follows:

1. I am one of the named Defendants in this matter, and I am the President and Secretary of St. Paul Brands, Inc., another of the named Defendants in this matter.

2. At paragraph 42 of Plaintiff's First Amended Complaint and at page 4 of Plaintiff's Opposition Brief, Plaintiff has included a screenshot purporting to originate from the website http://ecopharma.com.vn/.

3. The screenshot that appears at paragraph 42 of Plaintiff's First Amended Complaint and at page 4 of Plaintiff's Opposition Brief appears to originate from the URL https://ecogreen.com.vn/index.php?_route_=jexmax-15.html&_ga=2.126785293.1694698491.1550694007-576150897.1549302833. The actual website, however, is entirely in the Vietnamese language. The screenshot provided by Plaintiff is not of the original website, and appears to have been generated by Plaintiff via use of a third party machine translation tool. I have attached a true and correct copy of this page of the website as it actually appears at the URL https://ecogreen.com.vn/index.php?_route_=jexmax-15.html&_ga=2.126785293.1694698491.1550694007-576150897.1549302833 at Exhibit D.

4. The URL https://ecogreen.com.vn/index.php?_route_=jexmax-15.html&_ga=2.126785293.1694698491.1550694007-576150897.1549302833 appears to navigate to the same URL as https://ecogreen.com.vn/jexmax-15.html webpage.

5. On the https://ecogreen.com.vn/jexmax-15.html webpage is a section called "Giao Hàng – Thanh Toàn." When translated to English via a third party machine translation tool, this translates to "Delivery – Payment." A visitor who clicks on this section is informed that the only delivery options are either to "Ho Minh City and Hanoi", or "the remaining provinces and cities nationwide." A machine translated copy of this portion of the website into English is attached hereto at Exhibit E.

6. The website referred to by Plaintiff also includes a Vietnamese-language "FAQ" (Frequently Asked Questions) section at the URL https://ecogreen.com.vn/cham-soc-khach-hang.html. I have attached a true and correct copy of this webpage as it

appears on Eco Pharma's website at Exhibit F.

7. The Vietnamese-language FAQ section at https://ecogreen.com.vn/cham-soc-khach-hang.html includes the question "Sản phẩm của Ecogreen có vận chuyển ra nước ngoài không?" A visitor who clicks on this question is informed that "Hiện tại công ty chúng tôi chỉ áp dụng dịch vụ giao hàng trong nước. Vui lòng theo dõi thông tin trên website Ecogreen của chúng tôi để biết thông tin khi sản phẩm được vận chuyển ra nước ngoài." When translated to English via a third party machine translation tool, this question translates to "Does Ecogreen products ship abroad?" and the answer translates to "Currently our company only applies domestic delivery service. Please track the information on our Ecogreen website for information when the product is shipped overseas." A machine translated copy into English of this FAQ section of Eco Pharma's website is attached hereto as Exhibit G.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed on July 1, 2019 in Garden Grove, California.



Jimmy Ngo
Declarant

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with this document via the Court's CM/ECF system on July 1, 2019.

/s/Gregory K. Clarkson
Gregory K. Clarkson

SUPPLEMENTAL DECLARATION OF JIMMY NGO IN SUPPORT OF MOTION TO DISMISS