# EXHIBIT D

Ecogreen - Chất lượng cuộc sống
Case 8:19-cv-00458-DOC-ADS  Document 60-2  Filed 07/01/19  Page 2 of 2  Page ID #:117
Tìm kiếm sản phẩm
Đăng nhập | Giỏ đồ | Trợ chuyện | Giỏ hàng
TRANG CHỦ | VỀ ECOGREEN | SẢN PHẨM | KHUYẾN MÃI | TƯ VẤN SỨC KHỎE | CHỦ ĐỀ SỨC KHỎE
HOTLINE (028) 38 115 118

Trang Chủ > Jex Max 15V



### Jex Max 15V

Tình Trạng: **Còn Hàng**

JEX MAX tăng cường tái tạo sụn và xương dưới sụn.
- Giảm đau nhức xương khớp hiệu quả, phòng ngừa và hỗ trợ cải thiện thoái hóa khớp, viêm khớp, thoát vị đĩa đệm, bệnh cốt sống, chấn thương do vận động.
- An toàn khi dùng dài lâu, không hại gan, thận, bao tử (dạ dày).
- Nên dùng cho bệnh nhân xương khớp, người chơi thể thao, người ít vận động, thường bị đau khớp cổ tay, vai gáy, người cao tuổi hay đau nhức xương khớp khi chuyển mùa.

Giá: **175.000đ**

[ - ] 1 [ + ]   Mua Hàng

TÌM THEO THƯƠNG HIỆU
TÌM THEO BỆNH
TÌM THEO GIÁ



HỎI CHUYÊN GIA

### SẢN PHẨM KHÁC

- 720.000đ — ALIPAS PLATINUM 30V
- 335.000đ — JEX MAX 30V
- 720.000đ — ANGELA GOLD 60V
- 330.000đ — OTIV 30V
- 675.000đ — LIC
- 330.000đ — WIT 30V
- 240.000đ — HEWEL
- 275.000đ — QIK(FOR WOMEN) 30V

**ĐĂNG KÝ THÀNH VIÊN**
Để nhận được ưu đãi đặc biệt và bản tin sức khỏe hữu ích

Nhập địa chỉ mail

ĐĂNG KÝ

---

**Chi Tiết Sản Phẩm** | Giao Hàng - Thanh Toán | Cam Kết Từ Ecogreen | Đánh Giá (0)

### 1. CÔNG DỤNG

**JEX MAX** chứa PEPTAN và các tinh chất quý từ thiên nhiên, giúp giảm đau, tăng cường tái tạo sụn và xương dưới sụn, tăng độ bền và dẻo dai cho khớp.

+ Hỗ trợ giảm đau xương khớp cấp tính và mãn tính.
+ Hỗ trợ giảm viêm khớp: viêm xương khớp, viêm đa khớp dạng thấp.
+ Giúp phòng ngừa và làm chậm quá trình thoái hóa xương khớp.
+ Giúp phòng ngừa và cải thiện tình trạng loãng xương.



### 2. THÀNH PHẦN

| Thành phần | Hàm lượng |
|---|---|
| PEPTAN | 200 mg |
| Undenatured Type II Collagen | 40 mg |
| White Willow Bark 15% | 250 mg |
| Chondroitin Sulfate 90% | 100 mg |
| Turmeric Extract 8:1 (contains Curcumin) | 50 mg |
| Alcolec F-100 (Phosphatidylcholine 24%) | 20 mg |
| Bromelain 2400 GDU | 60 GDU |
| Gelatin, Magnesium Stearate, Microcrystalline Cellulose | vừa đủ 1 viên |

### 3. ĐỐI TƯỢNG SỬ DỤNG và CÁCH DÙNG

- Người trên 18 tuổi
- Ngày uống 2 lần (sáng, chiều), mỗi lần 01 viên. Uống sau bữa ăn.
- Có thể uống 03 viên/ ngày trong trường hợp bệnh nặng.
- Nên dùng thường xuyên.

### 4. NGHIÊN CỨU LÂM SÀNG

**4.1 PEPTAN** có tác dụng đặc biệt trên sụn khớp

Kích thích tế bào sụn sản xuất các chất căn bản:
- Collagen nội sinh có công dụng làm tăng cường các kết cấu của sụn khớp - khớp.
- Aggrecan - thành phần chính tham gia cấu tạo và dịch khớp.

Kết quả nghiên cứu sau 8 ngày sử dụng PEPTAN đã làm tăng gấp 3,2 lần lượng Collagen type 2 không biến tính và 3,6 lần lượng Aggrecan.



Kết quả sau 8 ngày sử dụng PEPTAN

*Có ý nghĩa thống kê p<0.05

Nguồn: 2011, Rousselot in vitro study. Atlantic Bone Screen, France

**4.2 PEPTAN** giúp tăng mật độ khoáng của xương, bảo vệ và phục hồi xương dưới sụn

PEPTAN kích thích các tế bào tăng sinh xương (tạo cốt bào) cạnh tranh với các tế bào liên quan đến tiêu xương (hủy cốt bào), làm gia tăng trình thành xương. Từ đó, phục hồi mật độ khoáng chất của xương (giảm loãng xương), tăng sức bền của xương.

Có sử dụng PEPTAN | Không sử dụng PEPTAN

Khi sử dụng **PEPTAN**, tạo cốt bào tăng cường hoạt động.

Nguồn: Mizuno, M. et al., 2001. Osteoblast-related gene expression of bone marrow cells during the differentiation induced by type I collagen. Journal of Biochemistry, 129: 133-138

**4.3 PEPTAN** được khoa học kiểm chứng có hiệu quả tối ưu cho xương khớp

Mức độ đau và cứng khớp (WOMAC) giảm đáng kể khi sử dụng PEPTAN



■ Nhóm giả dược   ■ Nhóm PEPTAN

Mức độ dễ dàng di chuyển của khớp gối tăng đáng kể khi sử dụng PEPTAN



■ Nhóm giả dược   ■ Nhóm PEPTAN

Nguồn: Jiang et al., 2013. Peptan collagen peptides for treatment of knee osteoarthritis: a double-blind, placebo-controlled study

Video về sản phẩm JEX MAX



Jex Max 15 viên giá chỉ 175.000 đồng

Đóng gói: Chai 15 viên
Bảo quản: Nơi khô ráo, thoáng mát, nhiệt độ dưới 30 độ C, tránh ẩm và ánh nắng mặt trời, để xa tầm tay trẻ em.
Thông tin về công dụng sản phẩm công bố theo giấy SĐK: 49706/2017/ATTP-XNCB
Nhà sản xuất: St. Paul Brands- 11555 Monarch Street, Garden Grove, CA 92841, U.S.A.
Nhập khẩu và phân phối: Công ty cổ phần Dược phẩm ECO
Địa chỉ: 148 Hoàng Hoa Thám, P.12, Q. Tân Bình, TP Hồ Chí Minh.
Trụ sở chính: Số 180 Trường Chinh, phường Khương Thượng, quận Đống Đa, TP. Hà Nội.
Tel (84 28) 62930629 - 62936630 - Email: cskh@ecogreen.com.vn

Mua Hàng

Đồng góp ý kiến thường gặp | Hệ thống nhà thuốc | Điều khoản sử dụng
Chính sách bảo mật | Hình thức giao hàng | Hướng dẫn mua hàng
Chính sách đổi - trả | Hình thức thanh toán | Liên hệ
Hotline (028) 38 115 118
ĐÃ THÔNG BÁO BỘ CÔNG THƯƠNG
OTIV | ANGELA | JEX MAX | ALIPAS | HEWEL | Wit | FAZ
CÔNG TY CỔ PHẦN DƯỢC PHẨM ECO
Giấy chứng nhận ĐKKD số 0102037220 do số Kế hoạch và Đầu tư TP. Hà Nội cấp ngày 29/01/2009
Địa chỉ: 148 Hoàng Hoa Thám, phường 12, quận Tân Bình, TPHCM
Nhà sản xuất: St. Paul Brands - 11555 Monarch Street, Garden Grove, CA 92841, U.S.A.
Trụ sở chính: phường Khương Thượng, quận Đống Đa, TP Hà Nội
Tel (84 28) 62930629 - 62936630 - Email: cskh@ecogreen.com.vn
Bản quyền © 2014 thuộc về ECO PHARMA
Exhibit D Page 1 of 1