# EXHIBIT E








Home Page › Jex Max 15V

## Jex Max 15V

Status: **In Stock**

JEX MAX enhances cartilage and bone cartilage regeneration.

- Reduces joint pain and pain effectively, prevents and supports improvement of osteoarthritis, arthritis, herniated disc, spinal disease, motor trauma.
- Safe for long-term use, does not harm the liver, kidneys, stomach (stomach).
- Recommended for osteoarthritis patients, sports players, sedentary people, often with arthralgia, shoulder, elderly or osteoarthritis pain when switching seasons.

Price: **175,000 VND**

[ - ] 1 [ + ]  🛒 Purchase

**FIND BY BRANDS**
**FIND BY DISEASE**
**FIND THE PRICE**

**ASK SPECIALIST**

### Product Details | Delivery - Payment | Commitment From Ecogreen | Rating (0)

### DELIVERY

After successful order, Ecogreen Customer Care will contact you to confirm and email / sms the order information as soon as possible.
Ecogreen now cooperates with ViettelPost - the leading delivery unit in Vietnam to deliver products to customers.

After successful confirmation, the order will be delivered to you within the following period:

| Delivery address | Delivery time |
|---|---|
| Ho Chi Minh City and Hanoi | 6 - 24 working hours |
| The remaining provinces and cities | 2-4 working days |

*Note: the estimated delivery time above only applies to domestic orders.*

All orders from all over the country will be divided into 2 areas and shipping fees apply to all orders from you (Ecogreen has supported 50-70% of delivery costs and collection fees). pay):

**Area 1:** Ho Chi Minh City and Hanoi is 10,000 VND / any order
**Area 2:** The remaining provinces and cities nationwide are 20,000 VND / any order

Customers should always check the condition of the product after receiving it at the time of delivery and witness the delivery staff. Problems such as broken tanks, broken bottles or seals have been opened, etc. All these incidents will only be returned if the fault of Ecogreen's staff and ViettelPost transporter.

In the process of delivery may arise unintended problems on the side of the Customer, causing delays in delivery. Ecogreen will flexibly deal with customers in each case as follows:
- Customer does not provide accurate and complete shipping address and contact phone number.
- Customers are not ready to receive the goods at the time of delivery.
- Ecogreen has delivered on time according to delivery information but failed to contact the Customer and waited at the delivery location for more than 10 minutes, all efforts of the delivery staff to contact the Customer were unsuccessful.
- Force majeure cases such as natural disasters, traffic accidents, disruption of traffic networks, cable breaks, system attacks.
Other cases: In the event of a more complicated incident, Ecogreen guarantees the best interests of the Customer.

### PAY

Ecogreen supports 4 payment methods for all orders on the system.

1. Payment upon delivery (COD): You will pay cash to the delivery staff immediately after receiving the goods.
2. Payment by Internet Banking: Your ATM card / account is registered to use internet banking service
3. Pay by Visa, Master Card
4. Direct bank transfer.

Any questions and suggestions please contact Customer Care Hotline: **(028) 38115118**

🛒 Purchase

**OTHER PRODUCTS**

- ALIPAS PLATINUM 30V — 720,000 VND
- JEX MAX 30V — 335,000 VND
- ANGELA GOLD 60V — 720,000 VND
- OTIV 30V — 330,000 VND
- LIC — 675,000 VND
- WIT 30V — 330,000 VND
- HEWEL — 240,000 VND
- QIK (FOR WOMEN) 30V — 275,000 VND

**SIGN UP**
To receive special offers and helpful health newsletters

[Nhập địa chỉ mail]

REGISTRATION

- frequently asked Questions
- Privacy Policy
- Change-pay policy
- Pharmacy system
- Delivery form
- Payments
- terms of use
- Shopping guide
- Contact

Hotline (028) 38 115 118

ECO PHARMACEUTICAL JOINT STOCK COMPANY
Business Registration Certificate No. 0102637020 issued by HCMC Department of Planning and Investment. Hanoi on January 29, 2008
Address: 148 Hoang Hoa Tham, Ward 12, Tan Binh District, Ho Chi Minh City
No. 180 Truong Chinh, Khuong Thuong Ward, Dong Da District, TP. Hanoi
Phone: (84 26) 62936629 - 62936630 - Email: cskh@ecogreen.com.vn

Copyright © 2014 belongs to ECO PHARMA

Food for health protection. This food is not a medicine and does not work to replace medicine

Exhibit E Page 1 of 1