# EXHIBIT F



| | |
|---|---|
| TRANG CHỦ | VỀ ECOGREEN | SẢN PHẨM | KHUYẾN MÃI | TƯ VẤN SỨC KHỎE | CHỦ ĐỀ SỨC KHỎE | HOTLINE (028) 38 115 118 |

Trang Chủ  ›  FAQ

- TÌM THEO THƯƠNG HIỆU
- TÌM THEO BỆNH
- TÌM THEO GIÁ



HỎI CHUYÊN GIA

**ĐĂNG KÝ THÀNH VIÊN**
Để nhận được ưu đãi đặc biệt và bản tin sức khỏe hữu ích

Nhập địa chỉ mail

ĐĂNG KÝ

### Hình thức giao hàng

- Ecogreen có liên hệ trước với tôi khi giao hàng không?
- Lý do đơn hàng của tôi bị giao chậm?
- Nhân viên giao hàng tới khi tôi không có nhà thì sao?
- Phí giao hàng được tính và thu như thế nào?
- Làm thế nào để kiểm tra phí giao hàng cho đơn hàng đã đặt?
- Khi nào tôi nhận được hàng khi hệ thống báo đã đặt hàng thành công?
- Sản phẩm của Ecogreen có vận chuyển ra nước ngoài không?

Hiện tại công ty chúng tôi chỉ áp dụng dịch vụ giao hàng trong nước. Vui lòng theo dõi thông tin trên website Ecogreen của chúng tôi để biết thông tin khi sản phẩm được vận chuyển ra nước ngoài.

- Nếu giao trễ đơn hàng, Ecogreen có thông báo cho tôi không?

### Hình thức thanh toán

- Ecogreen cung cấp các hình thức thanh toán nào?
- Làm sao để biết giao dịch thanh toán của tôi có thành công hay không?
- Ecogreen có áp dụng hình thức thanh toán bằng ngoại tệ hay không?(Ví dụ $)
- Các loại thẻ tín dụng nào được áp dụng cho việc thanh toán?
- Ecogreen có lưu giữ thông tin về thẻ tín dụng của tôi không?
- Tôi có thể sử dụng thẻ tín dụng của người khác để đặt hàng không?
- Tôi có thể thanh toán trực tuyến hộ người khác được không?
- Mã OTP là gì? Tôi có thể lấy mã OTP bằng cách nào?
- Smartlink là gì? Đã thanh toán qua internet banking của ngân hàng mà lại phải thực hiện thanh toán trên cổng Smartlink?
- Cần chú ý những gì khi thực hiện thanh toán trực tuyến để bảo mật tài khoản của mình?

---

- Các câu hỏi thường gặp
- Chính sách bảo mật
- Chính sách đổi - trả

- Hệ thống nhà thuốc
- Hình thức giao hàng
- Hình thức thanh toán

- Điều khoản sử dụng
- Hướng dẫn mua hàng
- Liên hệ

 
   

       

*Thực phẩm bảo vệ sức khỏe. Thực phẩm này không phải là thuốc và không có tác dụng thay thế thuốc chữa bệnh*

---

**CÔNG TY CỔ PHẦN DƯỢC PHẨM ECO**
Giấy chứng nhận ĐKKD số 0102637020 do sở Kế hoạch và Đầu tư TP. Hà Nội cấp ngày 29/01/2008
Địa chỉ: 148 Hoàng Hoa Thám, phường 12, quận Tân Bình, TP.Hồ Chí Minh
Số 180 Trường Chinh, phường Khương Thượng, quận Đống Đa, TP. Hà Nội
Điện thoại: (84 28) 62936629 - 62936630 - Email: cskh@ecogreen.com.vn

Bản quyền © 2014 thuộc về ECO PHARMA