# EXHIBIT G



Tìm kiếm sản phẩm

Log in | Help | conversation | Cart (0)

**HOME PAGE** | **ABOUT ECOGREEN** | **PRODUCT** | **PROMOTION** | **HEALTH ADVICE** | **HEALTH THEME** | **HOTLINE (028) 38 115 118**

Home Page  ›  FAQ

FIND BY BRANDS ▼

FIND BY DISEASE ▼

FIND THE PRICE ▼



ASK SPECIALIST

**SIGN UP**
To receive special offers
and helpful health newsletters

Nhập địa chỉ mail

REGISTRATION

## Delivery form

• Did Ecogreen contact me before delivery? ⌄

• Why is my order delivered slowly? ⌄

• What about the delivery staff until I don't have a home? ⌄

• How are shipping charges calculated and collected? ⌄

• How to check delivery charges for ordered orders? ⌄

• When will I receive the goods when the system has successfully ordered? ⌄

• Does Ecogreen products ship abroad? ⌃

Currently our company only applies domestic delivery service. Please track the information on our Ecogreen website for information when the product is shipped overseas.

• If the order is delayed, will Ecogreen notify me? ⌄

## Payments

• What payment forms does Ecogreen provide? ⌄

• How do I know if my payment is successful? ⌄

• Does Ecogreen apply for payment in foreign currency? (Example $) ⌄

• What types of credit cards are available for payment? ⌄

• Does Ecogreen keep my credit card information? ⌄

• Can I use someone else's credit card to place an order? ⌄
• Can I use someone else's credit card to place an order? ⌄

• Can I pay online for other people? ⌄

• What is an OTP code? How can I get the OTP code? ⌄

• What is Smartlink? Have you paid via internet banking of the bank but have to make payment on Smartlink? ⌄

• What should I pay attention to when making online payments to secure my account? ⌄

---

› frequently asked Questions    › Pharmacy system    › terms of use
› Privacy Policy    › Delivery form    › Shopping guide
› Change-pay policy    › Payments    › Contact

Hotline (028) 38 115 118

Exhibit G Page 1 of 1