## SECTION III - DESIGNATION OF LOCAL COUNSEL

Levin, William E.
*Designee's Name (Last Name, First Name & Middle Initial)*

LEVIN & DICTEROW
*Firm/Agency Name*

668 N. Coast Highway
Suite 1264
*Street Address*

Laguna Beach, CA 92651
*City, State, Zip Code*

(949) 613-5131
*Telephone Number*

(949) 607-5004
*Fax Number*

William.levin@levinip.com
*E-mail Address*

104631
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law.

Dated August 1, 2019

William E. Levin
*Designee's Name (please type or print)*

*/s/ William E. Levin*
*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

Court Admissions (continued):

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| Connecticut | June 2, 1988 | Yes |
| U.S. Court of Appeals for the Fed. Cir. | October 16, 1996 | Yes |
| Western District of Michigan | 1999 | Yes |
| U.S. Patent & Trademark Office | April 28, 1998 | Yes |
| U.S. Court of Appeals 2nd Cir. | March 22, 2010 | Yes |
| U.S. Court of Appeals 6th Cir. | May 6, 2010 | Yes |
| U.S. Court of Appeals 9th Cir. | April 20, 2012 | Yes |