LEVIN & DICTEROW
William E. Levin, SBN 104631
Steven M. Dicterow, SBN 89371
668 N. Coast Highway, Suite 1264, Laguna Beach, CA 92651
Attorneys for Plaintiff, ROUSSELOT B.V.
(949) 613-5131

*Click here to enter your name and address.*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ROUSSELOT B.V. | CASE NUMBER |
|---|---|
| Plaintiff(s) | 8:19-cv-00458-DOC-ADS |
| v. | |
| ST. PAUL BRANDS, INC., et. al. | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s) | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Coppola Anthony A.                                   of   ABELMAN, FRAYNE & SCHWAB
                                                                      666 THIRD AVE.
*(212) 949-9022*      *(212) 949-9190*                  NEW YORK, NY 10017-4011

*E-Mail Address*                                            *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

ROUSSELOT B.V.

*Name(s) of Party(ies) Represent*    ✓ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Levin William E.                                        of   LEVIN & DICTEROW
                                                                      668 N. COAST HIGHWAY, SUITE 1264
104631          (949) 613-5131     *Fax Number*       LAGUNA BEACH, CA 92651

William.levin@levinip.com                            *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:   ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated:** *Click here to enter a date.*

_____
**U.S. District Judge/U.S. Magistrate Judge**