# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rousselot B.V.<br><br>Plaintiff(s)<br><br>v.<br><br>St. Paul Brands, Inc., et al.<br><br>Defendant(s). | CASE NUMBER:<br>8:19-CV-00458-DOC-ADS<br><br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** [78] |

The Court hereby orders that the request of:

St. Paul Brands, Inc., et al.    ☐ Plaintiff   ☒ Defendant   ☐ Other _____
*Name of Party*

to substitute   Joseph F. Jennings, Lynda J. Zadra-Symes, and Jacob R. Rosenbaum   who are

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

Knobbe, Martens, Olson & Bear LLP, 2040 Main Street, 14th Floor
*Street Address*

Irvine, CA 92614                                        joe.jennings@knobbe.com
*City, State, Zip*                                      *E-Mail Address*

949-760-0404                949-760-9502               145920
*Telephone Number*          *Fax Number*               *State Bar Number*

as attorney of record instead of   Matthew A. Newboles and Gregory K. Clarkson
*List **all** attorneys from same firm or agency who are withdrawing*

**is hereby**   ☒ **GRANTED**   ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated   August 15, 2019

*/s/ David O. Carter*
DAVID O. CARTER, U. S. District Judge

31084545